1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5061
7      FAX: (408) 535-5066
       E-Mail:  Susan.Knight@usdoj.gov
8
9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,        )   No. CR 12-00584 LHK
                                     )
15         Plaintiff,                )
                                     )   STIPULATION AND [PROPOSED]
16         v.                        )   ORDER CONTINUING INITIAL
                                     )   APPEARANCE
17  VERNINA ADAMS,                   )
                                     )   SAN JOSE VENUE
18         Defendant.                )
                                     )
19  _____   )

20         The undersigned parties respectfully request that the initial appearance in the above-

21  captioned matter be continued from September 6, 2012 to October 3, 2012.  The reason for the

22  continuance is that Richard Weese, who represents the defendant, is unavailable due to the recent

23  birth of his child.  Therefore, the parties request that the initial appearance be continued to

24  October 3, 2012 at 1L30 p.m. before the Honorable Howard R. Lloyd.  The defendant was

25  arrested in Philadelphia, Pennsylvania, where she resides, on August 3, 2012.  The Honorable

26  Jacob Hart, Magistrate Judge in the Eastern District of Pennsylvania, released the defendant on a

27  $50,000 unsecured bond, and ordered her to report to Pretrial Services, surrender and/or refrain

28  from obtaining a passport, surrender and/or refrain from obtaining any firearms; actively seek

STIPULATION AND [PROPOSED] ORDER
NO. CR 12-00584 LHK

1  gainful employment, and refrain from apply for or opening new lines of credit or bank accounts
2  prior to her September 6, 2012 appearance in the Northern District of California.  The defendant,
3  through her defense counsel, agrees to abide by these conditions.
4  SO STIPULATED:                    MELINDA HAAG
                                     United States Attorney
5
6  DATED: 9/5/12                     _____/s/_____
                                     SUSAN KNIGHT
7                                    Assistant United States Attorney

8  DATED: 9/5/12                     _____/s/_____
                                     RICHARD WEESE
9                                    Counsel for Ms. Adams

10

11                                **ORDER**

12     Accordingly, for good cause shown, the Court HEREBY ORDERS that the initial
13  appearance scheduled for September 6, 2012 is continued to October 3, 2012 at 1:30 p.m. before
14  the Honorable Howard R. Lloyd.
15     The Court FURTHER ORDERS that the defendant shall appear on October 3, 2012 at
16  1:30 p.m. before the Honorable Howard R. Lloyd.  The defendant shall report to Pretrial Services
17  prior to her initial appearance, and abide by all of the release conditions ordered by the
18  Honorable Jacob Hart in the Eastern District of Pennsylvania.
19  SO ORDERED.
20
21  DATED: September 5, 2012          _____
                                     PAUL S. GREWAL
22                                   United States Magistrate Judge