1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

5

6 | 150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061

7 | FAX: (408) 535-5066
E-Mail: Susan.Knight@usdoj.gov

8

**FILED**

OCT - 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00584 LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| VERNINA ADAMS, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

On October 3, 2012, the undersigned parties appeared before the Court for the defendant's initial appearance. At the appearance, the Court modified the defendant's release conditions and scheduled a status hearing before the Honorable Lucy H. Koh on November 28, 2012 at 9:00 a.m. Richard Weese, who represented the defendant at the hearing, informed the Court that Ryan McHugh will be will be taking over the case from him. The Court also granted the parties request for an exclusion of time under the Speedy Trial Act from October 3, 2012 through November 28, 2012 in order for the government to provide additional discovery to Mr. McHugh and afford him to review the case. The parties agreed and stipulated that an exclusion of time is appropriate based on the defendant's need for continuity and effective preparation of counsel. 18

STIPULATION AND [PROPOSED] ORDER
NO. CR 12-00584 LHK

U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

DATED: 10/5/12

MELINDA HAAG
United States Attorney

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED: 10/5/12

_____/s/_____
RICHARD WEESE
Counsel for Ms. Adams

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from October 3, 2012 through November 28, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 10/9/12

_____
HOWARD R. LLOYD
United States Magistrate Judge