MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00584 LHK |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE |
| v. | ) | |
| VERNINA ADAMS, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

    The undersigned parties respectfully request that the sentencing hearing currently scheduled for April 24, 2013 be continued to May 29, 2013. The reason for the continuance is that Probation Officer Insa Bel'Ochi needs additional time to complete her presentence investigation. The parties have informed Officer Bel'Ochi of the new date, and she has no objection.

SO STIPULATED:                    MELINDA HAAG
                                     United States Attorney

DATED: 3/19/13                       /s/
                                     SUSAN KNIGHT
                                   Assistant United States Attorney

DATED: 3/19/13                       /s/
                                   RYAN V. MCHUGH
                                 Counsel for Ms. Adams

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in *United States v. Vernina Adams* currently scheduled for April 24, 2013 is continued to May 29, 2013 at 9:00 a.m.

SO ORDERED.

DATED: 3/19/13

_____
LUCY H. KOH
United States District Judge