UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00584 LHK |
| Plaintiff, | ) | [~~PROPOSED~~] FINAL ORDER OF FORFEITURE |
| v. | ) | |
| VERNINA ADAMS, | ) | |
| Defendant. | ) | |

On February 15, 2013 the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in the following property:

    a.    Dell Inspirion Laptop,  Serial Number HSHY9LJ, with power cord

    b.    Compaq Computer, Serial Number 4CE0220QT3

    c.    Pennsylvania Driver's License in the name of "C.D." and ending in 0688

    d.    Macy's Credit Card in the name of "C.D."

    e.    Radio Shack Credit Card in the name of "C.D."

    f.    Miscellaneous paperwork, notebook, handwritten notes, and receipts

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c).

1  All right, title, and interest in said property is vested in the United States of America. The
2  appropriate federal agency shall dispose of the forfeited property according to law.
3  IT IS SO ORDERED this  9th  day of  May  2013.
4
5  Dated:  5/9/13
6  _____
   LUCY H. KOH
   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] FINAL ORDER OF FORFEITURE                                                                  2
CR 12-00584 LHK